**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVB, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHENZHEN BIGMOUTH E-COMMERCE CO., LTD. et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-05966-FLA (JPRx)<br><br>**JUDGMENT [DKTS. 73, 77]** |

## **JUDGMENT**

　　The court, having granted in part Plaintiff CVB, Inc.'s ("Plaintiff" or "CVB") Applications for Default Judgment (Dkts. 53, 74) against Defendant Shenzhen Bigmouth E-Commerce Co., Ltd. d/b/a Milemont ("Defendant" or "Milemont"), hereby enters Judgment in favor of Plaintiff and against Milemont as follows:

　1. Plaintiff is awarded statutory damages of $300,000.00 and non-statutory damages of $25,000.

　2. Plaintiff is awarded attorney's fees of $47,489.63.

　3. Plaintiff is awarded costs of $40.00.

4. Milemont, and each of its officers, directors, agents, servants, employees, successors, and all those in active concert or participation with any of them are permanently enjoined and restrained from unlawfully copying, displaying, distributing, selling, or offering to sell any of the three photographs at issue in this action (Dkt. 1, Exs. 1-3, the "CVB Photographs") online, including but not limited to through Amazon.com and Milemont.com.

5. Milemont must destroy its entire stock of marketing materials that include images from the CVB Photographs and delete all digital files and copies of these materials.

6. The court shall retain jurisdiction to enforce the foregoing injunction, and Plaintiff may engage in post-judgment discovery both to enforce the money judgment and to monitor Milemont's compliance with the injunction.

7. Interest shall accrue on the money judgment at the legal rate of interest until such time as the money judgment is satisfied in full.

8. Plaintiff may apply to the court for an award of post-judgment attorney's fees incurred in seeking to enforce the money judgment or monitor and enforce the injunction.

IT IS SO ORDERED.

Dated: February 15, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge